■ ROBERT A. PUCKETT et al., Appellants-Respondents, v COUNTY OF ERIE et al., Respondents-Appellants. COUNTY OF ERIE et al., Third-Party Plaintiffs, v COLLANA BROTHERS CONSTRUCTION COMPANY, INC., Third-Party Defendant-Respondent-Appellant. (Appeal No. 2.) [691 NYS2d 801] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in Puckett v County of Erie ([appeal No. 1] 262 AD2d 964 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Lawton, J. P., Wisner, Hurlbutt, Callahan and Balio, JJ.